JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HERMES CERDENIA, on behalf of himself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>USA TRUCK, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  EDCV 10-1489-JVS (RZx)<br><br>**JUDGMENT**<br><br>*Hearing Information*<br>Date:    October 17, 2011<br>Time:    1:30 p.m.<br>Place:   Courtroom 10C<br>Judge:   Hon. James V. Selna |

On October 17, 2011, the Court heard plaintiff Hermes Cerdenia's ("Plaintiff") unopposed Motions for: (1) Final Approval of Class Action Settlement; and (2) Awards of Attorneys' Fees, Reimbursement of Expenses, and Incentive Payments, as set forth in the Joint Stipulation of Settlement and Release Between Plaintiff, on Behalf of Himself, and All Others Similarly Situated, and Defendant ("the Settlement") in the above-captioned action, the Honorable James V. Selna presiding. The Court, having previously granted preliminary approval of the Settlement on June 9, 2011, the parties having fully briefed the issues regarding final approval and attorneys' fees, the cause having been heard, and the Court having granted final approval of the Settlement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Judgment is entered on the terms set forth in the Order Granting Motions for: (1) Final Approval of Class Action Settlement; and (2) Awards of Attorneys' Fees, Reimbursement of Costs, and Service Payment.

IT IS SO ORDERED.

Dated:  October 20, 2011.

BY: _____
Hon. James V. Selna
U.S. District Court Judge